IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OBIEKWE STEPHEN OKWUDIL UGOCHUKWU,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**FRED BALLARD,** *et al.*, )<br>)<br>**Defendants.** ) | **CIVIL NO. 06-513-JLF** |

## MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

Plaintiff, a prisoner proceeding *pro se*, filed this civil action in the United States District Court for the Northern District of Illinois; that Court transferred the action to this District. This case is now before the Court for a preliminary review of the complaint pursuant to 28 U.S.C. § 1915A, which provides:

> (a) **Screening.**– The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.
> (b) **Grounds for Dismissal.**– On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint–
> > (1) is frivolous, malicious, or fails to state a claim on which relief may be granted; or
> > (2) seeks monetary relief from a defendant who is immune from such relief.

28 U.S.C. § 1915A. An action or claim is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Upon careful review of the complaint and any supporting exhibits, the Court finds it appropriate to exercise its authority under § 1915A to dismiss this action.

This action is identical to a previous case opened in this District, including pleadings from

the same case that originated in the Northern District.  *See Ugochukwu v. Ballard*, Case No. 06-443-MJR (S.D. Ill., filed June 6, 2006); *Ugochukwu v. Ballard*, Case No. 05-cv-6466 (N.D. Ill., filed Nov. 14, 2005).  Accordingly, this action is **DISMISSED** with prejudice as duplicative.

**IT IS SO ORDERED.**
**DATED:   August 2, 2006.**

*s/ James L. Foreman*
**DISTRICT JUDGE**